THE NATIONAL CITY BANK OF NEW YORK, demandante y apelado, *v.* MORAL & CÍA., S. EN C., en liquidación, y sus socios gestores FRANCISCO DEL MORAL Y NADAL y FRANCISCO DEL MORAL TORRUELLAS, demandados y apelantes.

No. 6563.—*Sometido:* Marzo 12, 1934. *Resuelto:* Junio 30, 1934.

*J. Sabater,* abogado de los apelantes; *O. Souffront,* abogado del apelado.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

El National City Bank of New York solicita la desestimación de este recurso por frívolo. De los autos de este caso aparece que Moral & Cía. adeudaba varios pagarés al National City Bank, ascendentes a $12,000 ó $13,000. Para garantizar los mismos la deudora entregó al banco en prenda ciertas colaterales pertenecientes a Carmen Nadal viuda de Del Moral, quien posteriormente fué declarada incapacitada. Los pagarés no fueron pagados a su vencimiento y el banco vendió las colaterales para cobrar la deuda. Uno de los pagarés era por cinco mil dólares y la venta tuvo por resultado que dos de los pagarés fueron cancelados y $325.64 fueron aplicados al pagaré de cinco mil dólares, en cobro del cual se inició el presente caso. En otras palabras, el demandante inició pleito contra Moral & Cía. por cinco mil dólares, menos el sobrante que fué abonado después de cancelar los otros dos pagarés. El pagaré en este caso contiene varias estipulaciones al efecto de que a su vencimiento el banco podía vender las colaterales sin tener que dar aviso. Se dictó sentencia contra los demandados. Esta es la apelación interpuesta contra dicha sentencia.

█ No se suscita cuestión alguna respecto al hecho de que se debían los cinco mil dólares. Lo que los apelantes sostienen es que las colaterales fueron vendidas sin notificarse a la tutora de Carmen Nadal de la venta de las mismas; que dicha tutora debía haber sido notificada de la ameritada venta.

Examinando los autos, hallamos que en 26 de agosto, 1931, el National City Bank notificó a Carmen del Moral, tutora de Carmen Nadal, que el banco estaba considerando vender las colaterales dadas en garantía de los préstamos de $12,000, que el banco estaba deseoso de dar a la tutora otra oportunidad de pagar dicho pagaré, y que si el mismo no era pagado dentro de quince días, el banco procedería a vender las colaterales. El pagaré en este caso dió al banco derecho a efectuar la venta sin hacer notificación alguna, pero sea ello como fuere, se dió aviso.

█ Además, ésta es una acción incoada contra Moral & Cía. El banco tenía una acción personal contra esa firma por el pago de la deuda. El hecho de que las colaterales fueran vendidas, con o sin notificación, no constituía defensa alguna y no se presentó ninguna contrademanda, aun suponiendo que Moral & Cía., a distinción de Carmen Nadal, tuviera tal contrademanda.

*Debe desestimarse la apelación.*

El Juez Asociado Señor Córdova Dávila no intervino.